IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BARBARA OPPONG,                 )
                                )
      Plaintiff,                )
                                )    CIVIL ACTION NO.
      v.                        )      2:23cv112-MHT
                                )         (WO)
UNITED STATES,                  )
                                )
      Defendant.                )
```

DISMISSAL ORDER

Plaintiff, a prisoner at the federal correctional facility in Aliceville, Alabama, filed this emergency application for cancellation of deportation with the caption denoting "United States Immigration Court" by placing it in prison mail on February 21, 2023.  In the application, she states that the government has started deportation proceedings against her, from which she seeks relief.  Unfortunately, she sent her application to the address of the United States District Court for the Middle District of Alabama, which is not the location of a federal immigration court, and the district court does not hear applications for

cancellation of deportation.  The United States Code grants the authority to cancel removal to the Attorney General of the United States, not district courts, *see* 8 U.S.C. § 1229b, and the Attorney General handles such petitions through the Executive Office of Immigration Review and the immigration court system.  As plaintiff's claim is not cognizable in this court, the court must dismiss her application.

\*\*\*

Accordingly, it is ORDERED that this case is dismissed without prejudice and with leave to refile in the appropriate immigration court.

This case is closed.

DONE, this the 1st day of February, 2023.

　　　　　　　/s/ Myron H. Thompson
　　　　　　UNITED STATES DISTRICT JUDGE